IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| TONY CONLEY SCHEER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL NO. 17-00338-CG-N |
|  | ) |  |
| COOPER RESTAURANTS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## STIPULATED FINAL JUDGMENT

In accordance with the Order entered this date approving the parties' Settlement Agreement and Release under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., it is **ORDERED, ADJUDGED, AND DECEREED** that:

1. Judgment is entered in favor of Plaintiff Tony Scherr and against Defendant Cooper Restaurants, Inc., in the total amount of $20,000.00, allocated as follows:

   a. To Plaintiff Tony Scherr, the sums of $2,952.50 in back pay, $2,952.50 in liquidated damages, and $1,595.00 as separate consideration for his general release of claims and confidentiality for a total of $7,500.00.

   c. To Plaintiff's counsel, the sum of $12,500.00 in attorney's fees and costs.

2. This action is hereby **DISMISSED with prejudice**.

   **DONE** and **ORDERED** this 7th day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE